Certificate Number: 02921-PAM-DE-032943337

Bankruptcy Case Number: 19-01821



02921-PAM-DE-032943337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2019, at 12:59 o'clock PM EDT, Timi S. Wills completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 10, 2019           By:    /s/Joan B Reading

                              Name:  Joan B Reading

                              Title: President