```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 19-01821-HWV
Timi S Wills                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: LyndseyPr            Page 1 of 2              Date Rcvd: Jun 18, 2019
                             Form ID: ntcnfhrg          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Timi S Wills,    508 Maple Ave,    Lewistown, PA 17044-1137
5191916        +Ditech Financial LLC,    3000 Bayport Dr Suite 880,    Tampa, FL 33607-8409
5191918        +Rebecca A Solarz Esq,    KML Law Group PC,    701 Market St Suite 5000,
                 Philadelphia, PA 19106-1541
5191921       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Financial Services,    Attn Bankruptcy Dept,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
5203973        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 19:55:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5191909        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:57     Comenity Bank/Bedford Fair,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5191910        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:57     Comenity Bank/Blair,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5191911         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:57     Comenity Bank/Haband,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5191912         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:57     Comenity Bank/Peebles,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5191913        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:57     Comenity Bank/Roamans,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5191914         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:44:58     Comenity-Woman Within,
                 Attn Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
5191915         E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41     Discover Bank,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
5193559         E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5191917         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:58      Lowes/Synchrony Bank,
                 Attn Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
5191919         E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:32     Stoneberry,    PO Box 2820,
                 Monroe, WI 53566-8020
5192835        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5191920         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:58      Synchrony Bank/JCP,
                 Attn Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald  Zagurskie    on behalf of Debtor 1 Timi S Wills jzmlawbecky@nmax.net,
               jzmlawoffice@gmail.com
              James  Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Timi S Wills,

    **Debtor 1**

Chapter    13

Case No.    1:19–bk–01821–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019 <br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)