```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 19-01821-HWV
Timi S Wills                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1            Date Rcvd: Aug 28, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
5218803         #Ditech Financial LLC,    P.O. Box 12740,   Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               cwohlrab@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald  Zagurskie    on behalf of Debtor 1 Timi S Wills jzmlawbecky@nmax.net,
               jzmlawoffice@gmail.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01821-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Timi S Wills
508 Maple Ave
Lewistown PA 17044

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/27/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville SC 29603<br>NewRez LLC d/b/a Shellpoint Mortgage Ser<br>P.O. Box 10826<br>Greenville SC 29603 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/30/20

Terrence S. Miller
**CLERK OF THE COURT**