# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Timi S. Wills<br><br>Debtor(s) | Case No.: 19-01821 HWV<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in relation to a claim secured by real property commonly known as 508 Maple Avenue, Lewistown, PA 17044 and identified by account number *******-697 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  January 28, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Timi S. Wills<br><br>Debtor(s) | Case No.: 19-01821 HWV<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on January 28, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown PA  17036
dcook@pamd13trustee.com
Trustee

Donald Zagurskie, Esquire
117 Main Street, PO Box O
Mifflin, PA  17058
jzmlawbecky@nmax.net
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Timi S. Wills
508 Maple Avenue
Lewistown PA  17044
Debtor


Dated:  January 28, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant