**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
TIMI S. WILLS,

CHAPTER **13**

CASE NO. **1** - **19** -bk- **01821-HW**

**Debtor(s)**
TOYOTA MOTOR CREDIT CORPORATION,

ADVERSARY NO. ___-___-ap
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
TTIMI S. WILLS, and
JACK N. ZAHAROPOULOS, Trustee,

Nature of Proceeding: **Motion for**

Pleading: **Relief from Automatic Stay**

**Defendant(s)/Respondent(s)**

Document #: **55**

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   [✓] Thirty (30) days.
   [ ] Forty-five (45) days.
   [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **July 19, 2022**     /s/ Keri P. Ebeck
                             Attorney for **Toyota Motor Credit Corporation**

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.