IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: ) | CASE NO.: 1:19-bk-01821-HWV |
| TIM S. WILLS, ) | CHAPTER 13 |
| ) | JUDGE HENRY W. VAN ECK |
| DEBTOR. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, AS ) | |
| INDENTURE TRUSTEE ON BEHALF OF AND ) | |
| WITH RESPECT TO BARCLAYS MORTGAGE ) | |
| TRUST 2021-NPL1, MORTGAGE-BACKED ) | |
| SECURITIES, SERIES 2021-NPL1, AS SERVICED ) | |
| BY NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| TIMS S. WILLS, DEBTOR, ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 18th day of November 2024

                                                                        Respectfully submitted,
                                                                         /s/ Joshua I. Goldman
                                                                         Joshua I. Goldman, Esq
                                                                         Pennsylvania Bar # 205047
                                                                         PADGETT LAW GROUP
                                                                         6267 Old Water Oak Road, Suite 203
                                                                         Tallahassee, FL 32312
                                                                         (850) 422-2520 (telephone)
                                                                         josh.goldman@padgettlawgroup.com
                                                                         *Counsel for Creditor*

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th day of November 2024.

*DEBTOR*
TIMI S WILLS
508 MAPLE AVE
LEWISTOWN, PA 17044

*DEBTORS COUNSEL*
DONALD K. ZAGURSKIE
JOHNSTON & ZAGURSKIE, PC
117 MAIN STREET
PO BOX O
MIFFLIN, PA 17058
JZMLAWOFFICE@GMAIL.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

Case 1:19-bk-01821-HWV    Doc 72    Filed 11/18/24    Entered 11/18/24 11:20:32    Desc
Main Document      Page 2 of 2