IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:　　　　　　　　　　　　　　　　　　Case No. 19-01821-HWV
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Timi S. Wills

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

　　　　　　　　　　　　　　　　　　By:　 /s/ Steven K. Eisenberg
　　　　　　　　　　　　　　　　　　　　　Steven K. Eisenberg, Esquire
　　　　　　　　　　　　　　　　　　　　　Bar No: 75736
　　　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　　　　　1581 Main Street, Ste. 200
　　　　　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　　　　　Phone: 215-572-8111
　　　　　　　　　　　　　　　　　　　　　Fax: 215-572-5025
　　　　　　　　　　　　　　　　　　　　　seisenberg@sterneisenberg.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of March, 2025, to the following:

Donald K. Zagurskie
Johnston & Zagurskie, PC
117 Main Street
PO Box O
Mifflin, PA 17058
jzmlawbecky@nmax.net
***Attorney for Debtor(s)***


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Timi S. Wills
508 Maple Ave
Lewistown, PA 17044

***Debtor(s)***

                By:      /s/ Steven K. Eisenberg
                     Steven K. Eisenberg, Esquire