LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
TIMI S. WILLS,
: CHAPTER 13
:
: CASE NO. 1-19-bk-01821-HWV
:
**Debtor(s)**
U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE ON BEHALF OF AND
WITH RESPECT TO BARCLAYS MORTGAGE
TRUST 2021-NPL1, MORTGAGE-BACKED
SECURITIES, SERIES 2021-NPL1,
: ADVERSARY NO. __-__ -ap-_____
: (if applicable)
**Plaintiff(s)/Movant(s)**
vs.
TIMI S. WILLS,
: Nature of Proceeding: LIFT OF STAY
DEBTOR
ESTATE OF OTTIE J. OLNICK,
CO-DEBTOR
JACK N. ZAHAROPOULOS,
**Defendant(s)/Respondent(s)** : Document #: 80

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
I have prior court hearings scheduled that morning. The rescheduling will give the parties time try to work out a resolution in this matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/25/2025

/S/ DONALD K. ZAGURSKIE

Attorney for DEBTOR

Name: DONALD K. ZAGURKSKIE, Esq.

Phone Number: 717-436-8044

---

[1] No alterations or interlineations of this document are permitted.