# LOCAL BANKRUPTCY FORM 9013-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br>Timi S. Wills | Case Number: 1:19-bk-01821-HWV |
| Debtor(s) | Chapter: 13 |

U.S. Bank National Association, as Indenture
Trustee on behalf of and with respect to Barclays
Mortgage Trust 2021-NPL1, Mortgage-Backed
Securities, Series 2021-NPL1
                Movant
                   vs.
Timi S. Wills
Debtor(s)

Ottie J. Olnick
Co-Debtor
Jack N Zaharopoulos
Trustee
        Defendant(s)/Respondent(s)

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: <u>June 27, 2025</u> | /s/ Daniel P. Jones<br>Applicant's Signature |

---

1 No alterations or interlineations of this document are permitted.
2 If this is not a first request for a continuance, then a Motion to Continue must be filed.