# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| In Re: | Chapter 13 |
|---|---|
| Timi S. Wills | Case Number: 1:19-bk-01821-HWV |
| Debtor(s) | |
| Ottie J. Olnick | |
| Co-Debtor(s) | |

## WITHDRAWAL OF MOTION TO CONTINUE

U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Motion to Continue filed on or about June 27, 2025 , without prejudice. As the Motion was **filed in error**

Date: June 27, 2025

Respectfully Submitted,

_/s/ Daniel P. Jones_
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date**: June 27, 2025

Donald K. Zagurskie
117 Main Street
PO Box O
Mifflin, PA 17058
jzmlawbecky@nmax.net
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Timi S. Wills
508 Maple Ave
Lewistown, PA 17044
**Debtor(s)**

Ottie J. Olnick
508 Maple Avenue
Lewistown, PA 17044

**Non Filing Co-Debtor**

By:

<u>/s/ Daniel P. Jones</u>
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant